175 A.3d 171

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
HIRAM VALENCIA, DEFENDANT–PETITIONER.

C–351 September Term 2017
079074

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003399–14
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.